## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02819-RBJ-BNB

PRECIOUS HOLMES,

    Plaintiff,

v.

FEDERAL BOND AND COLLECTION SERVICE, INC.,
a Pennsylvania corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

DATED this 3rd day of February, 2014.

BY THE COURT:

R. Brooke Jackson
United States District Judge